IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED CLERK'S OFFICE

2008 MAR 20  A  9:41

DISTRICT COURT,
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

James D. Tinsley, III,                                     )
aka Jimmy Tinsley, Jimmy D. Tinsley, III,    )
                                                                    )
            Plaintiff,                                         )      Civil Action No. 8:08-532-SB-BHH
                                                                    )
v.                                                                 )
                                                                    )                   **ORDER**
James Singleton, Sheriff Oconee County;     )
Greg Reed, Detective Oconee County;         )
David Smith; Detective Oconee County;       )
Steve Pruitt; Major Oconee County            )
Detention Center; B.A. Norton, Magistrate    )
Judge; Phyllis Lombard, Oconee County      )
Administrator; Oconee County; John Does    )
or Jane Does 1-25,                                  )
                                                                    )
            Defendants.                                     )
_____ )

This matter is before the Court upon the Plaintiff's pro se complaint, which alleges

violations of his constitutional rights pursuant to 42 U.S.C. §§ 1983, 1985, and 1986. By

local rule, this matter was referred to a United States Magistrate Judge for preliminary

determinations.

On February 25, 2008, Magistrate Judge Bruce Howe Hendricks issued a report and

recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the

Court summarily dismiss Defendant Norton, a county magistrate judge, on the basis of

absolute judicial immunity. Attached to the R&R was a notice advising the Plaintiff of the



right to file specific, written objections to the R&R within 10 days of the date of service of

the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to

review, under a de novo or any other standard, a Magistrate Judge's factual or legal

conclusions.  Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d

198, 201 (4th Cir. 1997).  Here, because the Plaintiff did not file any specific, written

objections, there are no portions of the R&R to which the Court must conduct a de novo

review.  Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order

of this Court, and it is

   **ORDERED** that the complaint is dismissed without prejudice and without issuance

and service of process as to Defendant Norton only.

   **IT IS SO ORDERED**.



_____
The Honorable Sol Blatt, Jr.
Senior United States District Judge


March **19**, 2008
Charleston, South Carolina