IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

RECEIVED
USDC, CLERK, CHARLESTON, SC

2011 MAR 22  A 9: 26

| | |
|---|---|
| James D. Tinsley, II,<br><br>      Plaintiffs,<br><br>v.<br><br>James Singleton, Greg Reed, David Smith, Investigator Scott Arnold, Sgt. Jerry Moss, Sgt. Mark Lyles, Mike McGowan, Sgt. Gentry Hawk, County of Oconee, Phyllis Lombard, and Steve Pruitt,<br><br>      Defendants. | Civil Action No. 8:08-cv-532-SB<br><br>**ORDER OF SUBSTITUTION** |

WHEREAS, Andrea K. St. Amand was appointed by this Court to represent Plaintiff James D. Tinsley, II;

WHEREAS, Andrea St. Amand is resigning from the practice of law effective March 17, 2011; and

WHEREAS, Tiarna Harman of Nelson Mullins Riley & Scarborough, LLP, will be substituted as counsel for James D. Tinsley, II;

NOW, THEREFORE, it is ORDERED that Tiarna Harman be substituted as counsel of record for Plaintiff James D. Tinsley, II in this matter.

IT IS SO ORDERED.

The Honorable Sol Blatt, Jr.
Senior U.S. ~~District Judge~~

Charleston, South Carolina

3/21/11, 2011